IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JORDAN MILLER,** | CV 11-116-BR |
| Plaintiff, | **JUDGMENT OF DISMISSAL** |
| v. | |
| **BRASHER'S CASCADE AUTO AUCTION, INC.,** | |
| Defendant. | |

Based upon the filing of the Stipulated Notice of Dismissal (#12) dated May 26, 2011, this matter is hereby **DISMISSED** with prejudice and without costs or attorney fees to either party.

Dated this 31st day of May, 2011.

*/s/ Anna J. Brown*
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL